IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONNIE S. COBY,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0544-CG-M |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | : : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion to Dismiss (Doc. 12) be **DENIED**. This action will proceed to an adjudication of the merits.

**DONE and ORDERED** this 4th day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE