IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RONNIE S. COBY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-0544-CG-M |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : : | |
| Defendant. | : | |

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 3rd day of June, 2010.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE